# EXHIBIT C



Alexander Rios
Senior Lease Auditor

CBRE, Inc
Enterprise Global Services
Portfolio Services

705 S Jackson St
Belleville, IL 62220

+1 773-328-8133 Tel

Alexander.Rios@cbre.com
www.cbre.com

September 5, 2024

*Via E-Mail and Overnight Federal Express*

St. Louis Leased Housing Associates Master
Tenant V, LLLP
2905 Northwest Boulevard, Suite 150
Plymouth, MN 55441
Attention: Jeffrey R. Hugget

Delivered via FedEx 9/6/2024
Tracking: 279155286293

U S. Bancorp Community Development Corporation
1307 Washington Ave., Suite 300
St. Louis, MO 63103
Attention: Director of Asset Management – NMTC & HTC

Delivered via FedEx 9/6/2024
Tracking: 279154926051

Winthrop & Weinstine, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402
Attention: Matthew R. McBride
Email: MMcBride@winthrop.com

Delivered via FedEx 9/6/2024
Tracking: 279154448122

Winthrop & Weinstine, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402
Attention: Jon L. Peterson, Esq.
Email: jpeterson@winthrop.com

Delivered via FedEx 9/6/2024
Tracking: 279156909154

Dominium
2905 Northwest Blvd, Suite 150
Plymouth, MN 55441-2644
Attention: Jeffrey R. Hugget
Email: Jhuggett@Dominiuminc.com

Delivered via FedEx 9/6/2024
Tracking: 279153789525

**Lease Audit Report Notice**

**RE: Office Lease dated June 4, 2014 ("Lease") between WEBSTER UNIVERSITY, a Missouri nonprofit corporation ("Tenant"), and ST. LOUIS LEASED HOUSING ASSOCIATES MASTER**

9/5/2024
800 Olive Street, St. Louis, MO
Webster University
Page 2

**TENANT V, LLLP, a Missouri limited liability limited partnership ("Landlord"), relating to the premises in the building commonly known as the Arcade Building located at 800 Olive Street, St. Louis, Missouri, as further set forth in the Lease (the "Premises")**

Dear Landlord,

Per letter dated June 10, 2024, Tenant has contracted with CBRE, Inc. ("CBRE") to conduct a review of the Rent Payments, Operating Expenses, Real Estate Tax and other financial considerations related to the above-mentioned lease. Please see below for a preliminary summary of both Tenant and CBRE's correspondence with Landlord regarding this matter, as well as CBRE's preliminary audit findings. This communication is meant to facilitate the conference call scheduled to be held on September 9, 2024 between the parties, representatives and counsel.

## Summary of Correspondence:

The above-mentioned CBRE letter dated June 10, 2024 contained a request for certain back-up materials in support of Landlord's 2023 Operating Expense Reconciliation, which was fulfilled June 27, 2024, via email.

Initial findings of CBRE's audit were delivered via email on August 8, 2024, with a follow-up requesting a response on August 19, 2024. Landlord's response to CBRE's findings was delivered on August 21, 2024.

CBRE sent a reply to Landlord's response on August 28, 2024, including a request to schedule a call to discuss the disputed items directly. Further follow-up communications from Tenant's attorney, and CBRE, were sent on August 30, 2024, and September 3, 2024, respectively. To date, CBRE and Tenant have not yet received from Landlord all information requested and necessary to complete the audit.

## Preliminary Summary of Findings:

**Pro-rata share used in Reconciliation of Expenses**
The Reconciliation provided by Landlord indicates Tenant's pro-rata share as 12.77% for most expenses, later amended via email to 13 05%. Landlord has derived this figure by including non-allowable areas of the building in which the Premises is located, in both the calculation of the denominator for the Tenant's pro-rata share, and the expense pool of which Tenant is proportionally responsible. The Lease provides clear direction on how Tenant's pro-rata share should be calculated. See Lease language below:

9/5/2024
800 Olive Street, St. Louis, MO
Webster University
Page 3

- Lease section 1.35 (b)(ii) provides landlord the right to include "Tenant's Proportionate Share of Operating Expenses" as part of Additional Rent.
  - Tenant's Proportionate Share is defined in Lease section 1.33 as "… thirty-five and 96/100 percent (35.96%) (calculated as rentable area of the Premises divided by total rentable area of the Landlord Condominium)"
    - For further clarity the Landlord Condominium is defined in Lease section 1.20 as "The Commercial Unit and Market Rate Unit… consisting of approximately 151,564 gross square feet"
  - Operating Expenses are also explicitly defined in Lease section 1.26 as "Those costs of operating the Landlord Condominium"

Tenant's position is that Landlord has an obligation to follow the Lease in calculating Tenant's proportionate share of expenses. As such, the audit for which CBRE was contracted to perform can not be completed until the Reconciliation is corrected to reflect the correct pro-rata share of the correct pool of expenses. Please update Reconciliation to reflect the Lease language stated above.

**Management Fee**
Per Lease section 1.35(b)(x) Landlord may include a property management fee with Additional Rent "…estimated at such time as five percent (5%) of gross receipts from Tenant pursuant to this Lease".

CBRE's review of recent Lease expenses found that gross receipts for calendar year 2022 totaled $735,041.16 net of any management fee payments. This figure caps the 2022 management fee at $36,752.06  Landlord however charged $38,859.00, an overcharge of $2,106.94. Tenant is due a credit in the same amount. See chart below:

| Item | Amount | Note |
|---|---|---|
| 2022 Rent | $ 235,521 00 | 19,626 75 * 12 |
| 2022 Reserves | $ 48,813 16 | Escalated at 3% annually |
| 2022 CAM | $ 450,707 00 | 2022 Total CAM - MFee |
| Total | $ 735,041 16 | |
| 5% MFee | $ 36,752 06 | |
| MFee Billed | $ 38,859 00 | |
| Difference | $ 2,106 94 | |

**Parking Rent**
CBRE's review of Tenant expense ledger provided by Landlord also found that Parking Rent was being escalated 3% annually. This escalation is not allowed by the Lease, as section 1.35(a) states "…Annual

9/5/2024
800 Olive Street, St. Louis, MO
Webster University
Page 4

Base Rent shall be $3.00 per rentable square foot annually, plus $72,000 annually for the Premises Parking Stalls ($150 per month per Parking Stall), amounting to $19,626.75 in monthly installments for Annual Base Rent;".

Landlord confirmed via email on 8/21/2024 that the escalation of Parking Rent was not allowed, and offered to refund 2023 overcharge, as well as adjust 2024 Parking Rent. CBRE's calculation of the overcharge indicates that it began in 2019, resulting in a total overcharge of Parking Rent of $33,723. Tenant is due a credit in the same amount. See chart below:

| Year | Fixed Parking Rent 40 Stalls @ $150 per stall/month | Escalated per Stall Rate | Escalated Parking Rent | Difference |
|---|---|---|---|---|
| 2023 | $ 72,000.00 | $ 173.89 | $83,467.20 | $11,467.20 |
| 2022 | $ 72,000.00 | $ 168.83 | $81,036.12 | $ 9,036.12 |
| 2021 | $ 72,000.00 | $ 163.91 | $78,675.84 | $ 6,675.84 |
| 2020 | $ 72,000.00 | $ 159.13 | $76,384.31 | $ 4,384.31 |
| 2019 | $ 72,000.00 | $ 154.50 | $74,159.53 | $ 2,159.53 |
| | | | Total | $33,723.00 |

This letter constitutes preliminary findings of CBRE's work. Tenant reserves all rights to raise additional claims as further facts become available, as well as to refine and quantify audit findings as information is received from Landlord. Until such time as Landlord provides all requested information, Tenant cannot fully conclude and fully quantify this audit. Tenant further reserves its ability to exercise all rights available to it under the Lease and applicable law. Tenant reserves and does not waive any and all rights and claims in this matter.

If you have any questions, please do not hesitate to contact Alexander Rios at 773-328-8133 or via email at Alexander.Rios@cbre.com, or Al Stabile at 201-681-0244 or via email at Albert.Stabile@cbre.com.

Thank you,

*Alexander Rios /by msc*

Alexander Rios
Senior Lease Auditor - CBRE

9/5/2024
800 Olive Street, St. Louis, MO
Webster University
Page 5

CC:    Albert Stabile, CBRE < albert.stabile@cbre.com >
        Kate Childress, CBRE < kate.childress@cbre.com >
        William Donovan, Webster University < williamdonovan@webster.edu >
        Jeanene George, Webster University < jeanenegeorge96@webster.edu >
        Heather Boelens, BCLP LLP < heather.boelens@bclplaw.com >