# EXHIBIT D



**Alexander Rios**
Senior Lease Auditor

CBRE, Inc.
Enterprise Global Services
Portfolio Services

705 S Jackson St
Belleville, IL 62220

+1 773-328-8133 Tel

Alexander.Rios@cbre.com
www.cbre.com

January 21, 2025

*Via E-Mail and Overnight Federal Express*

St. Louis Leased Housing Associates Master
Tenant V, LLLP
2905 Northwest Boulevard, Suite 150
Plymouth, MN 55441
Attention: Jeffrey R. Hugget

U.S. Bancorp Community Development Corporation
1307 Washington Ave., Suite 300
St. Louis, MO 63103
Attention: Director of Asset Management – NMTC & HTC

Winthrop & Weinstine, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402
Attention: Matthew R. McBride
Email: MMcBride@winthrop.com

Winthrop & Weinstine, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402
Attention: Jon L. Peterson, Esq.
Email: jpeterson@winthrop.com

Dominium
2905 Northwest Blvd, Suite 150
Plymouth, MN 55441-2644
Attention: Jeffrey R. Hugget
Email: Jhuggett@Dominiuminc.com



**Alexander Rios**
Senior Lease Auditor

CBRE, Inc.
Enterprise Global Services
Portfolio Services

705 S Jackson St
Belleville, IL 62220

+1 773-328-8133 Tel

Alexander.Rios@cbre.com
www.cbre.com

*Lease Audit Report Notice*

*RE: Office Lease dated June 4, 2014 ("Lease") between WEBSTER UNIVERSITY, a Missouri nonprofit corporation ("Tenant"), and ST. LOUIS LEASED HOUSING ASSOCIATES MASTER TENANT V, LLLP, a Missouri limited liability limited partnership ("Landlord"), relating to the premises in the building commonly known as the Arcade Building located at 800 Olive Street, St. Louis, Missouri, as further set forth in the Lease (the "Premises")*

Dear Landlord,

As previously stated, per letter dated June 10, 2024, Tenant has contracted with CBRE, Inc. ("CBRE") to conduct a review of the Rent Payments, Operating Expenses, Real Estate Tax and other financial considerations related to the above-mentioned lease. Please see below for a summary of Tenant and CBRE's correspondence with Landlord regarding this matter, follow-up pertaining to outstanding issues, and CBRE's audit findings.

## Summary of Correspondence:

The above-mentioned CBRE letter dated June 10, 2024, contained a request for certain backup materials in support of Landlord's 2023 Operating Expense Reconciliation, which was fulfilled June 27, 2024, via email.

Initial findings of CBRE's audit were delivered via email on August 8, 2024, with a follow-up requesting a response on August 19, 2024. Landlord's response to CBRE's findings was delivered on August 21, 2024.

CBRE sent a reply to Landlord's response on August 28, 2024, including a request to schedule a call to discuss the disputed items directly. Further follow-ups from Tenant's attorney, and CBRE, were sent on August 30, 2024, and September 3, 2024, respectively.

On September 18, 2024 a call was held between the parties to discuss the issues raised by CBRE. This call was attended by Tenant, Tenant's attorney, CBRE, Landlord, and Landlord's attorney.

Tenant's attorney received an email from Landlord on September 30, 2024 indicating that Landlord would be engaging Colliers to review the issues raised by CBRE. Landlord requested an extension of the resolution deadline to October 30, 2024.

1/21/2025
800 Olive Street, St. Louis, MO
Webster University
Page 3

Landlord's attorney sent a letter to Tenant's attorney on October 30, 2024, regarding the issues previously raised by CBRE, and which contained a copy of an, as stated therein "updated CAM reconciliation". A response to this letter was sent on November 13, 2024 by Tenant's attorney, which, in addition to addressing the points raised in Landlord's letter, requested a 90 day review period of this "updated CAM reconciliation". Landlord agreed to extend the review period on November 14, 2024.

CBRE sent an email requesting certain backup materials in support of Landlord's "updated CAM reconciliation" on November 15, 2024. On November 26, 2024 Landlord's attorney responded to CBRE that Landlord had not agreed to reopen the Audit window.

## *Outstanding Issues:*

First, we wish to follow up regarding which Colliers representative, if any, with whom we should confer regarding the 2023 Reconciliation. Our understanding is that Landlord wished to retain Colliers as a subject matter expert who could advise on the reconciliation of commercial lease expenses.

Second, regarding the outstanding Parking escalation issue, in your letter dated 10/30/2024, you indicate an acceptance that the parking charges were erroneously escalated since at least 2019. You offered to reimburse 2023, as well as correct 2024, however offered no justification for not reimbursing 2019 through 2022. We wish to point out that the final and binding language contained in Lease section 4.2 applies only to the annual OPEX Statement, which is to reconcile items of Additional Rent. The Parking Rent is described with, and considered a part of, Base Rent per Lease section 1.35(a) which is not subject to escalation or reconciliation. We trust you agree the remainder of the Parking overcharge should be refunded to Tenant totaling $33,725.51 in the aggregate as it relates to years 2019 through 2023.

## *Summary of Findings:*

**Common Area Utilities**
Lease Reference:
- Lease section 1.35(b)(iii) includes as Additional Rent, "80% of separately metered heat and electricity, in the Common Area located on the first floor of the Building, consisting of 4,869 square feet".
- Lease section 4.3(h) includes Utilities with Operating Expenses "to the extent not included with Additional Rent, or to the extent not separately metered to Tenant... reasonably allocated to the Landlord Condominium".

1/21/2025
800 Olive Street, St. Louis, MO
Webster University
Page 4

As Tenant pays 100% of the Electricity and Gas for the Lease Premises, 80% of the Electricity and Gas for the first-floor common area and elevator, and their pro-rata share of Electricity and Gas for the Parking area, it is unreasonable to allocate any additional utilities to Tenant's expense pool. The various spaces to which Tenant has access are separately metered as contemplated in section 4.3(b), eliminating the need to allocate any additional space to Tenant. The additional common area space is also not just residential access hallways but includes residential tenant amenities such as a yoga studio, fitness center, and swimming pool, all which Tenant does not have access to. The Common Area Utilities, specifically Electricity and Gas, totaling $183,275.95, and detailed more specifically as part of Exhibit 1, should be removed from the Operating Expenses pool charged to Tenant.

**Cost of Ownership**
Lease Reference:
- Lease section 4.3 defines Operating Expenses as "all expenses and costs reasonably incurred in connection with operating, maintaining, repairing, and protecting the Landlord Condominium".
- Lease section 4.3(a) includes with Operating Expenses "reimbursement to Landlord for all service contracts for independent contractors and for the cost to Landlord of wages, employment taxes and benefits of all Landlord Condominium and staff management and maintenance employees directly employed at or in connection with the Landlord Condominium management".
- Lease section 4.3(g) includes with Operating Expenses "other incidental and reasonable costs related to the management and operations of the Landlord Condominium".

CBRE's review also found that Landlord has included "Cost of Ownership" items in the 2023 Expense Pool, including employee attendance at leadership conferences and other off-site training, logoed uniforms, and employee parking spaces. See Exhibit 2 for a complete list. These expenses are neither customary, nor reasonable, inclusions in Operating Expenses and should not be the responsibility of Tenant. Landlord is responsible for the recruitment and training of its employees; for the maintenance of its website, should it choose to have one; and for the costs of memberships to associations such as the National Apartment Association, as these costs are part of the operation of the *Landlord entity*, rather than the operation of the *Building*. Unlike a window repair, or extermination services, which are necessary to the operation of the Building, none of these previously listed activities provides any actual benefit to Tenant, can be classified as Building operations, or are permitted to be passed through to Tenant by the Lease.

Further, these costs have no reasonable limit. For instance, if such expenses were permitted, the Landlord could pass on the cost of membership to any number of associations, regardless of its usefulness to the operation of the Building. Likewise, should Landlord fail to properly recruit, train, and retain its employees, Tenant would be responsible for the cost of ongoing recruitment, training,

1/21/2025
800 Olive Street, St. Louis, MO
Webster University
Page 5

and furnishing of uniforms for new Landlord employees, despite Landlord being responsible for the failure to perform these duties adequately. The total cost of expenses listed on Exhibit 2 is $27,164.40, all of which should be removed from Tenant's Operating Expense pool.

**Market Rate Unit Expenses, Portal Costs, & Resident Surveys**
<u>Lease Reference:</u>
- Lease section 4.3(xviii) excludes from Operating Expenses "any specific allocation for specific expenses which are solely imposed on the owner of the Market Rate Unit under the Declaration".
- Lease section 1.14 defines the Declaration as "That Declaration of Condominium and By-Laws of Arcade Building Condominium".
- Declaration sections 1.1(2)(c)(7, 8, & 9) include with Market Rate Administrative & Operating Expenses "portal costs; resident surveys, leasing incentives, and interest due on security deposits; the costs and expenses to make the Individual Dwelling Units with [sic] Market Rate Unit "rent ready"".
- Declaration section 1.1(2)(c)(13) includes with Market Rate Administrative & Operating Expenses "any other items which are any Unit Expenses for the Market Rate Unit".

Landlord's 2023 Reconciliation also includes a wide variety of explicitly excluded expenses. At the category level, Landlord included both Portal Costs (GLs 6275-0600, 6338-0000), and Resident Surveys (GL 6339-0000) in Tenant's expense pool, despite these being included as "Market Rate Unit Expenses", which are excluded by the Lease from Operating Expenses.

Additionally, throughout the General Ledger provided by Landlord for review, there are 115 individual expense entries (as identified by Landlord's GL "Control" number) which can be attributed either directly to a specific residential unit, to "rent ready" expenses, generally referred to as "turn costs", or to the repair and maintenance of residential amenities. Examples include $1,200 for bed bug treatment in unit 1711, $557.85 for garbage disposals, and $588.24 for parts for fitness equipment. A complete listing of the charges identified is included as Exhibit 3. While this list cannot be considered exhaustive as Landlord has declined to provide the requested backup for additional questionable expenses, the total amount identified is $124,941.81 and should be removed from Tenant's expense pool.

1/21/2025
800 Olive Street, St. Louis, MO
Webster University
Page 6

**Insurance**
Lease Reference:
- Lease section 1.35(b)(ix) includes as Additional Rent "any insurance solely relating to the Premises, if any".
- Lease section 1.5(iii) defines the LIHTC Unit as "located on part of floor 3 and throughout floors 4-14, which will contain 202 affordable apartment units".
- Lease section 4.3(i) includes with Operating Expenses "insurance premiums… reasonably allocated to the Landlord Condominium (excluding any insurance premiums attributable solely to the Market Rate Unit".

Upon review of the Insurance invoices provided by Landlord as substantiation of Insurance costs passed through to Tenant, CBRE found that Landlord has included Insurance premiums specifically attributable to the LIHTC Unit, which is neither part of the Premises, nor included in the Landlord Condominium. The total amount of LIHTC attributable insurance premiums is $139,717.48, all of which should be removed from the Tenant's expense pool.

**Remaining 2023 Expenses**
Regarding the remaining Reconciliation expenses, as stated previously, and reinforced by the evidence described herein, Tenant objects to the manner in which Landlord has calculated Tenant's pro-rata share of expenses, and to the inclusion of LIHTC expenses and other explicitly excluded expenses in the pool for which Tenant is responsible. This calculation method change is a unilateral modification of the Lease between the parties for the Premises, as well as a failure on Landlord's part to properly administer the Lease, and the Declaration which the Lease references. Per Declaration section 1.1(2), Landlord, acting as Association manager, is to "track, allocate, and divide" expenses for the Building into six different categories representing the Commercial Unit, LIHTC Unit, Market Rate Unit, Residential Administrative and Operating Expenses, Residential Marketing Expenses, and Common Administrative and Operating Expenses. In fact, Landlord admitted to such failure during a call on 9/18/2024 attended by all parties, confirming they did not setup the accounting as described in the Lease and Declaration, and that doing so at this point would be difficult. To date, Landlord has presented no evidence or explanation which would justify this failure.

To further illustrate why Tenant must insist on the appropriate methodology being used, the erroneous inclusion of the LIHTC Insurance resulted in an overcharge to Tenant of 28.6%. See calculations below. CBRE believes that a similar ratio exists in the expenses remaining in the Reconciliation expense pool. However, in response to CBRE's request for backup materials related to these expenses dated 11/15/2024, Landlord stated on 11/26/2024 via email that they would not be complying with our request.

1/21/2025
800 Olive Street, St. Louis, MO
Webster University
Page 7

| | 1/1/2023-8/4/2023 | 8/5/2023-12/31/2023 | Total | | PRS (35.96%) |
|---|---|---|---|---|---|
| NMTC Invoice | $     29,949.21 | $     25,383.82 | $    55,333.03 | | $   19,897.76 |

| | | |
|---|---|---|
| Insurance billed by Landlord | $ | 25,590.17 |
| Correct Insurance Amount | $ | 19,897.76 |
| Delta (overcharge) | $ | 5,692.41 |
| Delta % (overcharge rate) | | 28.6% |

Tenant has demonstrated that Landlord's calculation includes expenses that should otherwise be excluded in determining Tenant's appropriate share of expenses. However, to conclude this matter expediently and to address the gap between the language of the Lease, and Landlord's performance thereof, Tenant has authorized us to offer the following to bring this matter to conclusion.

Attached you will find updated 2023 Reconciliation calculations labeled as Exhibit 4. These calculations consider not only the expenses to be removed, but also the proposed 28.6% discount indicated below, and a corrected 2023 Management Fee based on the updated 2023 Gross Receipts. Based on these updated figures, as well as the $33,725.51 in Parking overcharges, Tenant is due a total of $241,445.26. See overview of Tenant's offer below. We look forward to your prompt response.

- A refund of the entirety of the Parking Rent escalation, totaling $33,725.51.
- Landlord to remove the specific expenses outlined herein from the 2023 Reconciliation expense pool, totaling $475,099.64.
- Landlord to reduce Tenant's remaining obligation, using the Insurance overcharge described above as a proxy, by 28.6%
- Landlord agrees to the same reductions for the 2024 Reconciliation as well.
- Landlord also agrees to setup property expense accounting as described in the Lease in time for the 2025 Reconciliation.

Tenant reserves the right to re-open the audit process and Tenant's offer if Tenant learns of facts inconsistent with the assumptions made by Tenant in connection with this letter, or as a result of Landlord not providing all requested documentation.

If you have any questions, please do not hesitate to contact Alexander Rios at 773-328-8133 or via email at Alexander.Rios@cbre.com, or Al Stabile at 201-681-0244 or via email at Albert.Stabile@cbre.com.

1/21/2025
800 Olive Street, St. Louis, MO
Webster University
Page 8


Thank you,

*Zander Rios*

Alexander Rios
Senior Lease Auditor - CBRE


CC:     Albert Stabile, CBRE < albert.stabile@cbre.com >
        Kate Childress, CBRE < kate.childress@cbre.com >
        William Donovan, Webster University < williamdonovan@webster.edu >
        Jeanene George, Webster University < jeanenegeorge96@webster.edu >
        Heather Boelens, BCLP LLP < heather.boelens@bclplaw.com >

**Exhibit 1**
**Expense Pool Removals**

| Category | Remove from Pool | Notes | Lease Ref |
|---|---|---|---|
| Electricity | $ 119,239.30 | | |
| Gas (Standard Cost) | $ 59,726.95 | | Lease 1.35(b)(iii),  4.3(h) |
| Gas (Rate Variance) | $ 4,309.70 | | |
| Cost of Ownership | $ 27,164.40 | Exhibit 2 | Lease 4.3 |
| Market Rate Unit Expense | $ 110,448.28 | Exhibit 3 | Lease 4.3 (xviii), Declaration 1.1(2)(C)(9 & 13) |
| Portal Costs | $ 13,929.54 | 6275-0600, 6338-0000 | Lease 4.3 (xviii), Declaration 1.1(2)(C)(7) |
| Resident Surveys | $ 563.99 | 6339-0000 | Lease 4.3 (xviii), Declaration 1.1(2)(C)(8) |
| Insurance | $ 139,717.48 | | Lease 1.35(b)(ix), 4.3(i) |
| **Total** | **$ 475,099.64** | | |

**Exhibit 2**

Sections                                                            $27,164.40

| GL Code | Description | Amount | Notes |
|---------|-------------|--------|-------|
| 6220-0000 | Travel-Misc fees, Flight Change Fees, Amex Fe | 67.70 | OET Class/Leadership Conference |
| 6220-0100 | Travel-Airfare | 345.81 | OET Class/Leadership Conference |
| 6220-0300 | Travel-Car Rental, Uber, Taxi | 37.94 | OET Class/Leadership Conference |
| 6220-0400 | Travel-Mileage, Parking Fees, Gas, Tolls | 4,715.60 | Employee Parking |
| 6225-0200 | Meals and Entertainment - Before 5:00PM | 356.77 | |
| 6225-0300 | Meals and Entertainment - After 5:00PM | 201.72 | |
| 6251-0000 | Conferences | 2,000.00 | |
| 6266-0000 | Recruiting Costs | 3,121.21 | |
| 6275-0300 | IT - Yardi Licenses - In | 1,201.87 | Yardi Training Courses |
| 6290-0000 | Professional Dues, Licenses, Memberships | 2,483.40 | National Apartment Association Membership/Artist Selection |
| 6295-0000 | Subscriptions, apps, permits | 4145.81 | Permits excluded from total. Rest is NAA and Fitness Video Classes |
| 6325-0100 | Training/Education - Internal | 657.84 | |
| 6325-0200 | Training/Education - External | 585.62 | |
| 6336-0000 | Uniforms/Logo Wear | 2,096.06 | |
| 6350-0000 | Misc. Admin/Use Tax Expenses | 468.11 | Domain name payments |
| 7571-1642 | 1 - Computers-Cloud & Portal Services (in) | 4,678.94 | Project Mgmt Software/Music Subscription |

**Exhibit 3**

115  $110,448.28

| GL Control No. | Amount | GL Comment |
|---|---|---|
| J-1266128 | $ 2,837.17 | 422 Office Equipment - Misc Brian Maaks tubs for resident event 1.2023 DMS USB |
| J-1320345 | $ 3,389.41 | 423 Office Supplies Theresa Myren Make ready board for Arcade 5.2023 DMS USB |
| P-4224265 | $ 337.90 | File folders (LIHTC) |
| P-4041975 | $ 410.00 | U =0809:fire sprinkler recharge- fire in unit |
| J-1294642 | $ 342.90 | 422 Undefined AMANDA QUAST lock replacement 3.2023 DMS USB |
| J-1346247 | $ 3,610.71 | DMS USB A7A8941868654AA0A882 |
| J-1361185 | $ 2,169.85 | 3326 8.2023 DMS USB A7A8941868654AA0A882 |
| J-1407218 | $ 5,745.24 | CORPORATION 11.2023 DMS USB D675CDED787046DB96A4 |
| P-4045640 | $ 705.00 | U=0606 :cleaning in unit |
| P-4132324 | $ 175.00 | do trash as they were on turns |
| P-4141056 | $ 16.05 | U=1513 :roach treatment |
| P-4231872 | $ 1,200.00 | U=1711 :bed bug treatment 1711 |
| P-4271344 | $ 2,507.20 | Pet Leash Sign |
| J-1390083 | $ 2,183.49 | 10.2023 DMS USB |
| J-1376507 | $ 2,841.37 | 3326 9.2023 DMS USB |
| P-4269487 | $ 115.72 | U=0917 :Patio blinds |
| J-1278139 | $ 588.24 | 422 Repair & Maintenance Brian Maaks parts for fitness equipment at Arcade 2.2023 DMS USB |
| P-4080028 | $ 545.35 | 30in towel rod |
| P-4004510 | $ 1,869.64 | U=0904 :904 working- Service Call |
| P-4045633 | $ 294.00 | U =0502: |
| P-4053730 | $ 538.00 | U =1009:hvac service |
| P-4053731 | $ 294.00 | U =0610: |
| P-4061407 | $ 451.79 | replacement bath exhaust blower 1716 |
| P-4082711 | $ 464.15 | dryer duct |
| P-4088202 | $ 677.01 | U =0310:hvac service |
| P-4091590 | $ 172.00 | U =1811:Jarrell Service Call |
| P-4120789 | $ 904.00 | U=0606 :replaced Bad safety switch: Fully operational |
| P-4125114 | $ 294.00 | U =1320:hvac service call 1320 |
| P-4130377 | $ 785.00 | U =1101:hvac service call 1101 |
| P-4145190 | $ 608.00 | U =0818:Service call to check A/c |
| P-4141664 | $ 3,534.70 | filter changes for site from jan 23 to april 23 |
| P-4145191 | $ 1,026.00 | U =0908:Service call: No ac |
| P-4132451 | $ 692.07 | swoosh gun for condensate lines |
| P-4141052 | $ 294.00 | replaced filter |
| P-4145302 | $ 695.00 | 3 monthly invoice for allchem. Treating cooling tower |
| P-4161887 | $ 756.50 | U=1316 :hvac service call 1316 |
| P-4160864 | $ 1,026.00 | U =1415:1415 hvac service call |
| P-4165878 | $ 322.00 | U =1218:1218 service call |
| P-4172535 | $ 922.25 | condensate tablets |
| P-4156710 | $ 376.00 | U=0310 :0310 no heat call back in january - po placed in for trip and labor |
| P-4165884 | $ 458.00 | U =0310:ac service call 310 |
| P-4189794 | $ 854.00 | U =0401:hvac service call 401 |
| P-4195170 | $ 1,498.55 | U=1411 :hvac service call 1411 |
| P-4205295 | $ 694.00 | U=0301 :hvac unit leaking into conference room in office |
| P-4251780 | $ 714.94 | U =0401:service call hvac 401 |
| P-4266960 | $ 1,407.66 | U=0505 :Service Call |
| P-4259117 | $ 156.00 | Service call for Office flex studio 525 & 19th floor rooftop a/c not working |
| P-4270489 | $ 859.92 | exhaust fans |
| P-4249764 | $ 1,138.00 | U =1705:service call 1705 hvac |
| P-4088982 | $ 541.38 | 34in mini blinds |
| P-4088984 | $ 532.15 | door stops |
| P-4106433 | $ 611.45 | Kwikset privacy locks |

| P-4099077 | $ | 323.16 | Blinds - Miscelaneous window blinds |
|---|---|---|---|
| P-4102068 | $ | 482.99 | U=1508 :LH closet door |
| | | | doors than what i called him out for.  They remounted mag lock and adjusted. On west LH |
| P-4112329 | $ | 312.50 | exterior door, found |
| P-4119662 | $ | 521.69 | U=0802 :replacement for bed room door |
| | | | NEW GARAGE REMOTES/FOBS NEEDED FOR SITE FOR NEW MOVE INS TO GAIN |
| | | | ACCESSS TO BUILDING AND TO GIVE ACCESS TO GARAGES IF NEEDED. we do not have |
| P-4169324 | $ | 452.70 | any more working fobs and we have several move-ins this wee |
| P-4186072 | $ | 576.95 | New garage open remotes/fobs needed for site for new move in to gain access |
| P-4225266 | $ | 576.95 | New garage open remotes/fobs needed for new move in to gain access |
| P-4255660 | $ | 356.79 | U=0404 :door for 404 |
| P-4267378 | $ | 4,348.75 | Kwikset® Delta® Door Lever, Privacy/bed/bath, Grade 3, Metal, Satin |
| P-4265198 | $ | 760.45 | Key fobs for new residents and existing residents |
| P-4019587 | $ | 497.80 | kitchen faucet replacement |
| P-4023367 | $ | 987.99 | delta cartridge |
| P-4045632 | $ | 493.58 | kitchen faucet (discontinued, no on hand stock) |
| P-4064892 | $ | 263.00 | U =0310:toilet auger |
| P-4082714 | $ | 1,273.00 | U =0812:Plumbing - Plumbing service |
| P-4073791 | $ | 477.00 | U =0504:leak coming through wall |
| P-4091379 | $ | 394.00 | U=0303 :preventative sewer auguring RPO #11059 |
| P-4088983 | $ | 539.03 | cadet pro toilet tank |
| P-4106434 | $ | 394.00 | U=0308 :Auger of Stack |
| P-4129656 | $ | 718.00 | U =0308:Camera lines in unit 308 to find source of backups |
| P-4130379 | $ | 649.90 | termination of the leak |
| P-4131481 | $ | 778.00 | was completed 5/22/23 |
| P-4145300 | $ | 333.00 | U =0308:augger the sewer line in the 08 stack on site due to back up that keeps occuring |
| P-4160040 | $ | 884.00 | U =0308:trip charge/ Service Call |
| P-4160044 | $ | 1,124.88 | Leak in 19th floor hall |
| P-4170404 | $ | 352.00 | U=1804 :unit 1804 water pipe leaking |
| P-4190165 | $ | 621.26 | faucet |
| P-4190959 | $ | 1,682.40 | faucet cartridge |
| P-4187547 | $ | 557.85 | garbage disposals |
| P-4205296 | $ | 594.00 | U=0810 :0810 installation line leaking |
| P-4214488 | $ | 854.00 | U=0308 :0308 hvac line leaking |
| P-4200301 | $ | 61.61 | co for ss faucet supplies |
| P-4228658 | $ | 1,087.81 | toilet tank |
| P-4272496 | $ | 299.19 | flush valve parts |
| P-4273603 | $ | 926.64 | drain cleaner |
| P-4009894 | $ | 231.15 | trach lights |
| P-4041974 | $ | 529.41 | light bulbs |
| P-4088161 | $ | 1,650.00 | Disabled entry button and 8th floor studio power issue |
| P-4087713 | $ | 511.30 | Misc. Electrical- parts, supplies |
| P-4082709 | $ | 372.38 | Misc. Electrical- parts, supplies |
| P-4081989 | $ | 328.71 | track light bulbs |
| P-4091571 | $ | 540.04 | A19 Bulbs |
| P-4119661 | $ | 619.95 | t5 ballast |
| P-4130376 | $ | 315.53 | ceiling fan |
| P-4132452 | $ | 178.69 | par 30 bulbs |
| P-4088174 | $ | 393.30 | Rekey of locks with no key, also units 1818 and 1706 |
| P-4088216 | $ | 250.36 | rekey locks |
| P-4070923 | $ | 478.82 | mailbox locks |
| J-1305991 | $ | 1,064.76 | 3.2023 DMS USB |
| P-4097048 | $ | 356.77 | rekey locks |
| P-4103328 | $ | 550.95 | ACCESSS TO BUILDING AND TO GIVE ACCESS TO GARAGES IF NEEDED |
| P-4119665 | $ | 94.00 | U=1414 :Unit door locked out. |

| P-4112254 | $ | 301.27 | U =1411:No key for lock, need locksmith to pick it |
|---|---|---|---|
| | | | NEW GARAGE REMOTES/FOBS NEEDED FOR SITE FOR NEW MOVE INS TO GAIN |
| | | | ACCESSS TO BUILDING AND TO GIVE ACCESS TO GARAGES IF NEEDED.  we do not have |
| P-4119532 | $ | 550.95 | any more working fobs and we have several move-ins this we |
| | | | NEW GARAGE REMOTES/FOBS NEEDED FOR SITE FOR NEW MOVE INS TO GAIN |
| | | | ACCESSS TO BUILDING AND TO GIVE ACCESS TO GARAGES IF NEEDED.  we do not have |
| P-4146145 | $ | 550.95 | any more working fobs and we have several move-ins this we |
| P-4145304 | $ | 990.00 | Fobs |
| P-4161897 | $ | 263.37 | reeleases and blanks |
| P-4161888 | $ | 335.97 | key pad and lock repair on unit no identifying unit this occured on 6/2 was approved by antione |
| P-4119328 | $ | 3,400.00 | U=1002 :turnover clean |
| P-4010520 | $ | 4,839.70 | line break in unit 1309. Repair invoice |
| P-4084350 | $ | 4,750.00 | the roofing where , check for holes, remove old drain, install new drain and pvc |
| P-4085803 | $ | 1,664.69 | U =1803:drain on roof leaking into unit 1803. This will include Installing new PVC to fix leak |
| P-4166455 | $ | 2,595.63 | U =0903:hot water pipe in hvac closet leaking |

**Exhibit 4**
**Proposed Corrected Reconciliation Calculations**

**Calculating Total Expense Pool**

| | | | Notes |
|---|---|---|---|
| Pre Management Fee Total | $ | 579,070.23 | From Reconciliation |
| Property Taxes | $ | 10,845.34 | |
| Commercial Utilities | $ | 114,461.42 | |
| Total Expenses net of 100% PRS | $ | 453,763.47 | |
| | | | |
| Imputed total of Expense Pool | | $3,477,145.62 | |
| Amount to be removed | $ | 475,099.64 | Total of Expense Pool Removals |
| Expense Pool net of Removals | | $3,002,045.98 | |

**Applying Landlord's PRS Calculations**

| | | Notes |
|---|---|---|
| LL Condominium (36.29%) | $1,089,442.49 | |
| Webster (35.96%) | $ 391,763.52 | |

**Reapplying 100% PRS Items**

| | | | Notes |
|---|---|---|---|
| Property Taxes | $ | 10,845.34 | Not disputed |
| Commercial Utilities | $ | 114,461.42 | Not Disputed |
| Webster's Adjuted 2023 CAM Total | $ | 517,070.28 | Webster's PRS + 100% items |

**Discount 2023 CAM**

| | | | Notes |
|---|---|---|---|
| 28.6% Discount | $ | 147,882.10 | As described in Letter |
| Updated Total 2023 CAM | $ | 369,188.18 | Adj CAM net of Discount |

**2023 Management Fee Calculation**

| | | | Notes |
|---|---|---|---|
| 2023 Base Rent Paid | $ | 235,521.00 | Includes corrected Parking |
| 2023 Reserves Paid | $ | 50,277.11 | |
| 2023 Cure Penalties | $ | 194,542.79 | |
| Updated Total 2023 CAM | $ | 372,807.67 | |
| Total 2023 Receipts | $ | 853,148.57 | |
| | | | |
| 2023 Management Fee Cap (5% of 2023 Receipts) | $ | 42,657.43 | |

**2023 Corrected Reconciliation**

| | | | Notes |
|---|---|---|---|
| 2023 CAM plus Management Fee | $ | 411,845.61 | |
| | | | |
| Estimates paid in 2023 | $ | 515,294.64 | |
| Original 2023 Recon Payment | $ | 104,270.72 | |
| Total 2023 CAM Paid | $ | 619,565.36 | |
| | | | |
| **2023 CAM Refund** | **$** | **207,719.75** | |

| | | |
|---|---|---|
| Parking Overcharge | $33,725.51 | |
| | | |
| **Grand Total Due** | **$ 241,445.26** | |